**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
CASE NO. 08-60078-CIV-SEITZ/WHITE

RONALD PALMER,

     Petitioner,

v.

WALTER McNEIL,

     Respondent.

_____/

### ORDER (1) AFFIRMING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND (2) CLOSING CASE

THIS CAUSE comes before the Court upon the Report and Recommendation of the Honorable Patrick A. White, United States Magistrate Judge [DE-11]. On January 10, 2008, Petitioner initiated this action for writ of habeas corpus under 28 U.S.C. § 2254, alleging he received ineffective assistance of counsel at his trial in the state court. Magistrate Judge White has reviewed the petition and recommends that the Court dismiss the case without prejudice because Petitioner has not exhausted his state court remedies. Once Petitioner's state postconviction proceedings are complete and if such proceedings do not yield his desired relief, Petitioner may timely challenge his confinement in this Court pursuant to 28 U.S.C. § 2254.

Having carefully reviewed, *de novo*, Magistrate Judge Patrick A. White's Report and Recommendation and the record, and noting that no objections to the Report and Recommendation have been filed, it is hereby

ORDERED that:

(1) The above-mentioned Report and Recommendation of Magistrate Judge White [DE-11] is AFFIRMED;

(2) The case is DISMISSED WITHOUT PREJUDICE; and

(3) Any motion not otherwise addressed in ths Order is DENIED AS MOOT.

DONE AND ORDERED in Miami, Florida, this ___ day of May, 2008.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc:    Magistrate Judge White
All Counsel of Record/*Pro Se* Parties